FILED

**Jun 12, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00072-EPG |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| SAUL SILVA, | |
| Defendant. | |

The United States, having arrested the defendant Saul Silva and the need for sealing of the Petition and related documents having ceased and it being necessary to advise defendant of the charges against him;

IT IS ORDERED that the Petition and related documents shall be unsealed.

Dated: **Jun 12, 2026**

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE

1