IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Case №: 1:26-mj-00072-1 EPG
                             )
          Plaintiff,         )    **O R D E R**
                             )    **APPOINTING COUNSEL**
     vs.                     )
                             )
SAUL SILVA,                  )
                             )
          Defendant.         )
                             )

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Mark W. Coleman be appointed to represent the above defendant in this case effective *nunc pro tunc* to June 11, 2026, for the initial appearance/arraignment only.

IT IS SO ORDERED.

Dated:   **June 15, 2026**              /s/ Erica P. Grosjean
                                      UNITED STATES MAGISTRATE JUDGE

-1-